IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | **CR. NO. 00cr20033-1-B** |
| | * | |
| **DELOIS HARRIS** | * | |

---

### ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

---

On April 1, 2005, **Delois Harris** appeared before me on a charge of violation of the terms

and conditions of her supervised release in this matter. The defendant had previously been advised

of her rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was retained.

At this hearing, the Court, after hearing proof, concluded that probable cause was established

that the defendant had violated the terms and conditions of her supervised release.

Accordingly, defendant **Delois Harris** is held to a final revocation hearing before United

States District Judge **J. Daniel Breen.** It is presumed that the District Judge will set this matter for

a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b),(c), and will see that appropriate notices are

given.

The defendant was remanded to the custody of the United States Marshals.

IT IS SO ORDERED this 1 of April , 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in
case 2:00-CR-20033 was distributed by fax, mail, or direct printing on
April 4, 2005 to the parties listed.

---

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT